IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01893-CMA-MJW

ROHEL-LEAH THOMPSON,

Plaintiff(s),

v.

CHRISTIAN LIVING COMMUNITIES,
a Colorado non-profit corporation,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Protective Order (docket no. 12) is GRANTED. The written Protective Order (docket no. 12-2) is APPROVED as amended in paragraphs 8 and 10 and made an Order of Court.

Date: November 17, 2008