IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01893-CMA-MJW

ROHEL-LEAH THOMPSON,

Plaintiff(s),

v.

CHRISTIAN LIVING COMMUNITIES,
a Colorado non-profit corporation,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Modify Scheduling Order (docket no. 16) is GRANTED finding good cause shown. The deadline to disclose expert witnesses is extended up to and including March 4, 2009. The deadline to disclose rebuttal expert witnesses is extended up to and including April 3, 2009. The settlement conference set on February 10, 2009, at 10:00 a.m. is VACATED and RESET on March 18, 2009, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall file their updated confidential settlement statements with Magistrate Judge Watanabe five (5) days prior to the settlement conference.

Date: January 23, 2009